**Igor A. BAZAROV, Plaintiff–Appellant,**

v.

**Mary HULSE, Fairfax County Police; R.M. Theal, Fairfax County Police; Fairfax County, Virginia, Defendants– Appellees.**

No. 01–1070.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 25, 2001.

Robert J. Hill, Fairfax, VA, for appellant. David P. Bobzien, County Attorney, Robert Lyndon Howell, Deputy County Attorney, Edward E. Rose, III, Assistant County Attorney, Fairfax, VA, for appellees.

Before DIANA GRIBBON MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Igor A. Bazarov appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Bazarov v. Hulse*, No. CA–99–1965–A (E.D. Va. filed Dec. 4, 2000; entered Dec. 5, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*